UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHAN PETTUS                                               CIVIL ACTION

versus                                                      NO. 14-1685

N. BURL CAIN, WARDEN                                        SECTION: "A" (1)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Nathan Pettus** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE